UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60533-CIV-SMITH

AISHIA PETERSEN,

    Plaintiff,

v.

IHG MANAGEMENT (MARYLAND) LLC.,
    Defendant.
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, AISHIA PETERSEN, by and through the undersigned attorney, file this Notice of Voluntary Dismissal with Prejudice and states that the Petition for Injunctive Relief and all allegations therein are withdrawn, and the Plaintiff requests a dismissal of the Petition with prejudice.

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2021 the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel via email.

    *s/Acacia Barros*
    Attorney for Plaintiff
    ACACIA BARROS, P.A.
    Acacia Barros, Esq.
    FBN: 106277
    11120 N. Kendall Dr., Suite 201
    Miami, Florida 33176
    Tel: 305-639-8381
    ab@barroslawfirm.com