UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60533-CIV-SMITH

AISHIA PETERSEN,

      Plaintiff,

vs.

IHG MANAGEMENT (MARYLAND) LLC,

      Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 26]. Upon consideration, it is

      **ORDERED** that:

      1.      This case is **DISMISSED with prejudice.**

      2.      All pending motions are **DENIED as moot.**

      3.      This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 17th day of June, 2021.

*[Signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record